IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-229-H

UNITED STATES OF AMERICA :
:
v. :
:
GEORGE SZEKERES :

**ORDER OF FORFEITURE**

In the Criminal Information in the above action, the United States sought forfeiture of property of the defendant, GEORGE SZEKERES, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information.

The defendant pled guilty to the Criminal Information and agreed to forfeit the property listed in the Criminal Information.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in $95,610.00 currency.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Based upon the defendant's guilty plea and agreement, the above-listed $95,610.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the

Treasury, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 2 day of ~~January~~ Feb 2017.

MALCOLM J. HOWARD
Senior United States District Judge