IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-229-H1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE SZEKERES, | ) | |
| Defendant. | ) | |

This cause came before the court upon Motion of Defendant George Szekeres for the return of the copy of his passport that was provided to the court upon court order pending the outcome of this action. Considering that sentencing has been completed in this matter, Judgment has been entered, the proceedings have closed, Mr. Szekeres has completed his term of imprisonment, and, there is no objection noted by the United States Probation Officer for this defendant, the Motion should be granted. The court notes defendant remains on supervised release and shall seek permission to travel as appropriate.

IT IS, THEREFORE, ORDERED that the copy of George Szekeres' passport currently held by the court be returned to Mr. Szekeres.

This the 5th day of December 2017.

Malcolm J. Howard
Senior United States District Judge