IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:16-cr-229-H1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE SZEKERES, | ) | |
| Defendant. | ) | |

On motion of the Defendant, without objection from the government, Defendant's Motion to Terminate his Supervised Release is hereby GRANTED. Defendant has been on supervised release in excess of one year, and is eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1). The Court is satisfied that the early termination of his period of supervised release is warranted by the conduct of the Defendant during his term of supervised release, and, in light of his family circumstances, is also in the interest of justice. *Id*.

So ORDERED, this ___25th___ day of October, 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE